688

BREWSTER *v.* WARDEN OF THE MARYLAND
PENITENTIARY

[App. No. 139, September Term, 1965.]

*Decided July 5, 1966.*

Before HAMMOND, HORNEY, MARBURY, OPPENHEIMER and
BARNES, JJ.

PER CURIAM.

Application denied for the reasons stated by Judge Harold
E. Naughton in his opinion in the lower court.

The applicant, Randolph Brewster, claimed in one of his contentions that his confession was illegally elicited and could not
be used against him at his trial, because he was "denied the assistance of counsel in violation of the Sixth Amendment to the
Constitution." The applicant was convicted on October 17, 1949,
fourteen years before the decision in *Escobedo v. Illinois,* 378
U. S. 478, 84 S. Ct. 1758, 12 L. Ed. 2d 977 (1963). We have
held that the exclusionary rule in *Escobedo* should not be applied retroactively. *Hyde v. State,* 240 Md. 661, 215 A. 2d 145
(1965). We are happy to note that very recently the Supreme
Court reached the same conclusion as we did in *Hyde* and denied *Escobedo* retroactive effect. *Johnson v. State,* 34 U.S.L.
Week 4592 (U. S. June 20, 1966).

*Application denied.*